UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v().

    Case No.: 1:04-cr-183

    HONORABLE PAUL L. MALONEY

BILLY EDWARD HOLMES,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation (Dkt. #57) filed by United States Magistrate Judge Ellen S. Carmody in this action. The Report and Recommendation was duly served on the parties and shall be adopted immediately, subject to change should any timely objections be filed.

ACCORDINGLY, the Report and Recommendation is hereby adopted as the opinion of the Court.

**THEREFORE, IT IS ORDERED** that the defendant's conditions of supervision are modified as follows:

**The defendant shall be restricted to his residence every day from 10:00 p.m. to 7:00 a.m. or as directed by the probation officer.**

Dated: September 13, 2010      /s/ Paul L. Maloney
    Paul L. Maloney
    Chief United States District Judge